1  **STEPHEN D. DEMIK**
California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Lopez-Robles

 

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1947 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| ARMANDO LOPEZ-ROBLES, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: July 1, 2008

/s/ *STEPHEN D. DEMIK*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: July 1, 2008                        /s/ STEPHEN D. DEMIK
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA  92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          Stephen_Demik@fd.org (email)