UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Armando Lopez-Robles<br>Defendant(s) | 08CR2273-BTM<br>CRIMINAL NO. 08mj1947<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 56586198 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Pedro Garcia-Perez
(Arr 6/30/08)

DATED: 7/10/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk