UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Armando Lopez-Robles )<br>)<br>)<br>Defendant(s) )<br>_____ ) | 08CR2273<br>CRIMINAL NO. 08mj1947<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 56586198 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Ruben Castillo-Garcia
(Arr 6/30/08)

DATED: 7/10/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
              DUSM
                                        W. SAMUEL HAMRICK, JR. Clerk
                                        by [signature]
                                        Deputy Clerk